**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 2:10cv168 |
| v. | ) ) |
| IPS INDUSTRIES, INC. d/b/a SPECTRUM PLASTICS, INC. d/b/a SPECTRUM BAGS, INC. | ) ) ) |
| Defendant. | |

**ORDER**

On April 17, 2012, the court conducted a telephonic conference in this case. Consistent with the court's oral ruling during the conference,

IT IS, THEREFORE, ORDERED:

1. That the EEOC having represented that all claimants have now been identified, the EEOC will make the two newly identified claimants, Keisha Anderson and Shequita Henderson, available for depositions next week in Memphis—their depositions to be taken prior to the alleged harasser's deposition, unless the parties otherwise agree.

2. That prior to next week's depositions, the EEOC will make a good faith effort to supplement initial disclosures and provide information related to the two new claimants that is responsive to prior written discovery requests propounded by the defendants.

3. That if after the depositions of the two new claimants further supplementation/responses to written discovery is made by the EEOC and said discovery responses merit reconvening the depositions of the two new claimants—as determined by the court—the court will allow the depositions to be reopened.

4. That deadlines in this matter are extended as follows:

    a. All discovery shall be completed on or before 7/2/12.

    b. All dispositive motions shall be filed on or before 7/30/12.

5. That no further extensions will be allowed short of a continuance of the current trial setting.

SO ORDERED THIS 18th day of April, 2012.

/s/ Jane M. Virden
U. S. Magistrate Judge